UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| SUSAN DENISE BLAIR ) | CASE NO.: 21-10084-LRC |
| ) | |
| ) | |
| DEBTOR. ) | |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

2. The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case or an affidavit in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

3. In accordance with General Order Nos. 18-2015, 22-2017, and/or 42-2020 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's husband's $6,337.07 per month income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. The Debtor has failed to provide the Trustee with a copy of the 2020 federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i). As the Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting of creditors, the Trustee requires a sworn statement by the Debtor, in addition to the tax return, that the tax return provided is a true copy of the most recent tax return filed.

5. All prior bankruptcy cases of the Debtor, or pending related bankruptcy cases, may not have been disclosed, possibly indicating a lack of good faith in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(a)(7) (Spouse's Chapter 13 case number 17-40450).

6. Based upon a review of the Debtor spouse's payslip, it appears that the Debtor's net monthly income as reflected on Schedule I may be understated. The Debtor

spouse's payslip reflects net monthly income of $6,634.28 and a gross monthly income of $9,435.06, while Schedule I reflects net monthly income of $4,504.60 and a gross monthly income of $6,337.07. The Debtor's Plan and Schedules should be amended to provide for the contribution of all additional disposable income to the instant Chapter 13 case. 11 U.S.C. Sections 1325(a)(3), 1325 (a)(7), 1325(b)(1)(B).

7. The Chapter 13 Schedules reflect an exemption of $43,000.00 for real property. The Chapter 13 Trustee objects to the exemption because the amount of the exemption exceeds the exemption limitations allowed in accordance with O.C.G.A. Section 44-13-100(a)(1).

8. Section 3.6 of the proposed Chapter 13 plan either (1) fails to provide an interest rate to be applied to any allowed secured claims not treated specifically under the plan, preventing the Trustee from properly administering the plan, or (2) improperly crams down the interest rate to less than the current national prime interest rate. 11 U.S.C. Section 1325(a)(5)(B). *See Till v. SCS Credit Corp.*, 541 U.S. 465 (2004).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: March 01, 2021

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| SUSAN DENISE BLAIR | ) CASE NO.: 21-10084-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey    cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
A. Michelle Hart Ippoliti    Michelle.ippoliti@mccalla.com,
bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com
Lisa D Loftin    loftinlawoffice@gmail.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):
SUSAN DENISE BLAIR
223 MILL CREEK DRIVE
TALLAPOOSA, GA  30176

Dated: March 01, 2021

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450
mail@13trusteeatlanta.com